# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-13-00285-CV
_____

### GODADDY.COM, Appellant

### V.

### HOLLIE TOUPS, ET AL, Appellees

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D-130018-C**

### ORDER

On June 13, 2013, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal.  *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2012); *see also* Tex. R. Civ. P. 168. On June 26, 2013, Godaddy.com filed a petition for permission to appeal from the interlocutory order.  *See* Tex. R. App. P. 28.3(a). The appellees filed a response. *See* Tex. R. App. P. 28.3(f).

1

The Court grants the petition for permissive appeal of the trial court's order of June 13, 2013. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *See* Tex. R. App. P. 28.3(k). The record is due August 5, 2013. *See* Tex. R. App. P. 35.1(b). The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The brief of the appellee is due twenty days after the filing of the brief of the appellant. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED July 25, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.